**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ERIC DEWAYNE JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1268** |
| **ROBERT CROWE, ET AL.** | **SECTION: " J"(4)** |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby **APPROVES** the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Plaintiff Eric Dewayne Jackson's Section 1983 claims are hereby **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 25th day of September, 2013

**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**